IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v | : | |
| | : | |
| **ROBERT FRYER** | : | **NO.: 21-320** |

### ORDER TO SURRENDER

**AND NOW**, this 11th day of May, 2022 , the above-named defendant having been sentenced to the custody of the Bureau of Prisons,

**IT IS ORDERED** that the execution of prison sentence is suspended until Sept. 15 , 2022 at which time defendant is directed to report to report to the institution designated by the Bureau of Prisons no later than 2:00 p.m. to commence service said sentence.

s/ Michael M. Baylson
, J.

**ACKNOWLEDGEMENT**

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.

_____        _____
*Attorney – Witness*                                      *Defendant*

Cr 28 (5/21)